IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EILEEN G. RUDOLPH,

      Plaintiff,                                    05cv0805

      v.                                          **ELECTRONICALLY FILED**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## Order of Court

**AND NOW**, this **12th day of December, 2005**, in accordance with the foregoing memorandum opinion, it is **HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Document No. 8) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 6) is **DENIED.**

3. The decision of the Commissioner is affirmed.

4. Judgment is hereby entered for defendant and against plaintiff.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc:     All counsel of record as listed below

Robert G. Yeatts, Esquire
Lewis & Ristvey
689 North Hermitage Road
P.O. Box 1024
Hermitage, PA 16148

Lee Karl, Esquire
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219